**FILED**

APR 1 3 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Shannon L. Clark,            )
                             )
            Petitioner,      )
                             )
      v.                     )     Civil Action No. 09 0677
                             )
                             )
The Honorable William C. Sherril,  )
                             )
            Respondent.      )

MEMORANDUM OPINION

This matter is before the Court on review of petitioner's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, fails to state a claim upon which relief can be granted).

Petitioner, a Florida state prisoner, has submitted a document captioned "Emergency Petition for Eloignment for Order to Release Petitioner's Third Amended Complaint from the Control, Support and Responsibility of Respondents." His supporting paragraphs shed no light on the basis of the petition, the relief sought and the petitioner's entitlement thereto. The complaint therefore will be dismissed for failure to state a claim.[1]

Date: March 16, 2009                United States District Judge

---

[1] A separate Order of dismissal accompanies this Memorandum Opinion.